THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Tommy J.
 Williams,        Appellant.
 
 
 

Appeal From York County
J. Ernest Kinard, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-436
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 and Solicitor Thomas E. Pope of York, for Respondent.
 
 
 

PER CURIAM:  Tommy
Williams appeals his convictions pursuant to a guilty plea for grand larceny,
possession of burglary tools, and burglary in the second degree.  Williams
was sentenced to twenty years on the burglary charge, and five years each on the
grand larceny and the possession of burglary tools charges, to be served
concurrently.  On appeal, Williams counsel filed a final brief along
with a petition to be relieved as counsel pursuant to Anders v. California,
386 U.S. 738 (1967).  After a thorough review of the record pursuant to Anders
and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels
petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.